United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. PATTY SHWARTZ |
| v. | : | **CRIMINAL COMPLAINT** |
| ALFONSO TORO<br>BASSIM FARDOS | : | Magistrate No. 12-3090 |

I, Michael Caporale, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 28, 2012, in Hudson county in the District of New Jersey and elsewhere, the defendants did:

knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin,

In violation of Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A), and Title 21, United States Code, Section 846.

I further state that I am a Special Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:

SEE ATTACHMENT A

Michael Caporale
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

June 29, 2012                                    at         Newark, New Jersey
Date                                                                    City and State

Hon. Patty Shwartz
United States Magistrate Judge                       Signature of Judicial Officer

## ATTACHMENT A

I, Michael Caporale, am a Special Agent with the Drug Enforcement Administration and based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the following facts:

1. On or about June 28, 2012 law enforcement was conducting surveillance in Fairview New Jersey. Based upon an ongoing investigation, law enforcement became aware that a shipment of a controlled substance was traveling from California to New Jersey and was expected to arrive in Fairview, New Jersey at approximately 6 pm on June 28, 2012. Once the shipment arrived, law enforcement anticipated that it would be picked up by Miguel Serna or an associate of his. Prior to its arrival in New Jersey the shipment was seized by law enforcement and the substance field tested positive for heroin and weighed approximately 4 kilograms.

2. At approximately 8:30pm on June 28, 2012 a recorded telephone call was placed to Miguel Serna by the confidential informant. During this conversation the confidential informant spoke with Alfonso Toro who informed him that, in sum and substance, he would be meeting the confidential informant on behalf of Miguel Serna. Additionally, prior to this telephone call, the confidential informant had several calls with Miguel Serna discussing, in sum and substance, how far away he was from New Jersey, and confirming that everything was ok. A few minutes after the recorded conversation, while conducting surveillance at the meet location, law enforcement observed the confidential informant exit his vehicle while carrying what was supposed to be the controlled substance in a green plastic bag. As the confidential informant was handing the bag which was supposed to contain the controlled substance to Alfonso Toro law enforcement arrested Alfonso Toro.

3. Approximately an hour after the arrest of Alfonso Toro law enforcement observed a Range Rover driving in the vicinity of the meet location. This was the same vehicle that law enforcement observed driving in vicinity of the meet location a few minutes before the confidential informant arrived and met with Alfonso Toro. Based upon these observations law enforcement attempted to stop the vehicle. Once the vehicle was stopped, the two passengers attempted to flee. Law enforcement was able to apprehend, Bassim Fardos, the driver of the vehicle who admitted that he was driving with Miguel Serna and they were attempting to conduct a drug deal.